IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Walker D. Miller

Civil Action No. 06-cv-00918-WDM-MEH

JAIME SULLIVAN,

    Plaintiff,

v.

LIMITED BRANDS, INC., et al.,

    Defendants.

---

**NOTICE OF DISMISSAL AS TO METROPOLITAN LIFE INSURANCE COMPANY ONLY**

---

    The court construes Plaintiff's Unopposed Motion to Dismiss Defendant Metropolitan Life Insurance Company in accordance with Fed. R. Civ. P. 41(a)(2). Accordingly, this case is dismissed without prejudice as to Metropolitan Life Insurance Company only, each party to pay his or its own costs and attorneys' fees.

    DATED at Denver, Colorado, on August 3, 2006

                              BY THE COURT:

                              s/ Walker D. Miller
                              United States District Judge