IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00918-PSF-MEH

JAIME SULLIVAN,

     Plaintiff,

v.

LIMITED BRANDS, INC. LONG-TERM DISABILITY PROGRAM (THE PLAN);
LIMITED BRANDS, INC. ASSOCIATE BENEFITS COMMITTEE
(THE PLAN ADMINISTRATOR); and
METROPOLITAN LIFE INSURANCE COMPANY (MET LIFE),

     Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on January 11, 2007.**

     For good cause shown, and by agreement of the parties, the Joint Motion to Vacate Settlement Conference [Filed January 10, 2007; Docket #33] is **granted**. The settlement conference scheduled in this matter for Monday, January 29, 2007, at 10:00 a.m., is hereby vacated. The parties are encouraged to contact Chambers to reschedule this conference at any time that they may feel such a conference would be productive and beneficial.