IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00918-PSF-MEH

JAIME SULLIVAN,

    Plaintiff,

v.

LIMITED BRANDS, INC. LONG-TERM DISABILITY PROGRAM (THE PLAN);
LIMITED BRANDS, INC. ASSOCIATE BENEFITS COMMITTEE
(THE PLAN ADMINISTRATOR); and
METROPOLITAN LIFE INSURANCE COMPANY (MET LIFE),

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on March 2, 2007.**

    For good cause shown, the Joint Motion to Vacate Final Pretrial Conference [Filed February 28, 2007; Docket #46] is **granted**. The Final Pretrial Conference scheduled in this matter for March 19, 2007, at 9:00 a.m., is **vacated.**